MAUD O'HERIEN, Respondent, v. FRANK DACEY, Appellant. EDWARD O'HERIEN, Respondent, v. FRANK DACEY, Appellant.— These are appeals from judgments in favor of the plaintiffs in two negligence actions, entered upon the verdicts of a jury after trial in Supreme Court, Madison County. Plaintiff Maud O'Herien recovered a verdict of $1,500 for personal injuries, and her husband, Edward O'Herien, received a verdict of $400 for damage to his car and medical expense incurred in the treatment of his wife. We cannot say that the verdict of $1,500 was excessive under the circumstances, or that the finding of freedom from contributory negligence was against the weight of evidence. Nor do we find reversible error otherwise. Judgments unanimously affirmed, with costs. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ.

## FOURTH DEPARTMENT, DECEMBER, 1948.
### (December 29, 1948.)

In the Matter of the Accounting of CAROLINE W. EDWARDS et al., as Executors of DANIEL M. EDWARDS, Deceased, Respondents. JAMES H. SLOCUM et al., Appellants-Respondents; E. WINSTON RODORMER et al., as Trustees under the Will of DANIEL M. EDWARDS, Deceased, et al., Respondents-Appellants.— Decree as resettled, so far as appealed from, affirmed, without costs of this appeal to any party. (See *Matter of Adler*, N. Y. L. J., June 10, 1936, p. 2965, col. 4; *Matter of Carrington*, N. Y. L. J., April 13, 1944, p. 1435, col. 7; *Matter of Mishkind*, N. Y. L. J., Jan. 27, 1941, p. 413, col. 6.) All concur, except Larkin, J., who dissents and votes for reversal and denial of the motion for summary judgment and remission of the matter to the Surrogate for further consideration in the following memorandum: On this record it cannot be held as a matter of law that the prior decrees are *res judicata* as to the right of the appellants-respondents to further disbursing commissions nor that they had waived such right. (The portion of the resettled decree appealed from denies payments of certain commissions; denies petitioners' motions under rules 103 and 109; and dismisses the amended petition except as decreed.) Present — Taylor, P. J., McCurn, Larkin, Vaughan and Kimball, JJ. [194 Misc. 557.]